**EXHIBIT A**

| | |
|---|---|
| MARC FRATO,<br><br>                    Plaintiff,<br><br>vs.<br><br>SWING STAGING, INC., JOHN P. PANTANELLI, J.P. HOLDINGS, LLC and TWIN and SWING SCAFFOLDING, INC.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO. 1:12-cv-01600-SLT-RLM<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The parties have resolved this matter, and therefore Plaintiff, Marc Frato, and Defendants, Swing Staging, Inc., John P. Pantanelli, J.P. Holdings, LLC and Twin and Swing Scaffolding, Inc. hereby dismiss by way of this Stipulation of dismissal any and all claims raised by each against the other, said claims being dismissed with prejudice and without costs or attorneys' fees against any party.

| | |
|---|---|
| CARMAGNOLA & RITARDI, LLC<br>Attorneys for Plaintiff, Marc Frato<br><br>*[signature]*<br>_____<br>DOMENICK CARMAGNOLA, ESQ. (DC-2414)<br>60 Washington Street, Suite 300<br>Morristown, NJ 07960<br>973-267-4445<br><br>Dated: ____8-6-12_____ | DANIEL S. PERLMAN, ATTORNEY AT LAW<br>Attorneys for Defendants, Swing Staging, Inc., John P. Pantanelli, J.P. Holdings, LLC, and Twin and Swing Scaffolding, Inc.<br><br>*[signature]*<br>_____<br>DANIEL S. PERLMAN, ESQ. (DSP-9075)<br>160 Broadway, Fourth Floor<br>New York, NY  10038<br>212-684-1466<br><br>Dated: ____8/20/12_____ |